# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DATA SCAPE LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>PFU (EMEA) LIMITED, FUJITSU LIMITED,<br><br>    Defendants. | §<br>§<br>§  CIVIL ACTION NO. 6:18-CV-00659-RWS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. Docket No. 19. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims made by Plaintiff in this action are **DISMISSED WITHOUT PREJUDICE**.

Each party shall bear its own attorneys' fees, costs, and expenses.

All relief not previously granted is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

**SIGNED this 12th day of February, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE